THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS B. ARNDT,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security<br><br>Defendant. | CASE NO. C14-0821-JCC-BAT<br><br>ORDER AFFIRMING THE COMMISSIONER |

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 15), and the balance of the record, does hereby find and ORDER:

1) The Court adopts the Report and Recommendation.

2) The Commissioner's decision is AFFIRMED and the case is DISMISSED with prejudice.

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

//

//

//

//

//

1    DATED this 31st day of March 2015.

2

3

4

5

6

7                                                            _____
                                                             John C. Coughenour
8                                                            UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER AFFIRMING THE COMMISSIONER
PAGE - 2